

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00211-CV

ESCOBAR CONSTRUCTION, LLC AND VINCENT MARTINEZ, APPELLANTS

V.

ELEVINIO RIOJAS, APPELLEE

On Appeal from the 425th Judicial District Court
Williamson County, Texas
Trial Court No. 21-0761-C425, Honorable Betsy F. Lambeth, Presiding

December 29, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellants, Escobar Construction, LLC and Vincent Martinez, appeal from the trial court's *Final Judgment*.[1] Appellants' brief was due December 2, 2022, but was not filed. By letter of December 9, 2022, we notified Appellants that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalizations efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

December 19.  To date, Appellants have neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam